for further consideration in light of § 27 of the Securities Exchange Act of 1934, 48 Stat. 902, as amended, 15 U. S. C. § 78aa. JUSTICE THOMAS took no part in the consideration or decision of this case.

No. —— ——. CARROLL ET AL. *v.* UNITED STATES. Motion to direct the Clerk to file petition that does not conform with the Rules of this Court denied.

No. —— ——. JOHN *v.* NORTH COMMUNITY BANK ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. —— ——. SCHMIDT *v.* SCHMIDT. Motion to dispense with printing petition for writ of certiorari denied.

No. A–693 (91–1618). VOINOVICH, GOVERNOR OF OHIO, ET AL. *v.* QUILTER, SPEAKER PRO TEMPORE OF OHIO HOUSE OF REPRESENTATIVES, ET AL. Appeal from D. C. N. D. Ohio. Application to stay an order of the United States District Court for the Northern District of Ohio, filed March 17, 1992, and supplemented April 6, 1992, presented to JUSTICE STEVENS, and by him referred to the Court, granted, and it is ordered that the orders of the United States District Court for the Northern District of Ohio, case No. 5:91 CV 2219, entered March 10, 1992, and March 31, 1992, are stayed pending final disposition of the appeal by this Court.

No. A–702. FREAS *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–718. GAYDOS *v.* GAYDOS ET AL. C. A. 3d Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–1078. IN RE DISBARMENT OF BEHRENDT. Disbarment entered. [For earlier order herein, see 502 U. S. 1055.]

No. D–1081. IN RE DISBARMENT OF STELLA. Disbarment entered. [For earlier order herein, see 502 U. S. 1087.]